428 A.2d 695

Commonwealth v. Stonestreet, Appellant.

Submitted December 6, 1979. Thomas J. Munley, Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.